UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA L. BILLINGSLEY, *on behalf of K.B., a minor*, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:20-cv-00508-JDP <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS <br><br> ECF No. 2 |

Plaintiff Wanda L. Billingsley (on behalf of K.B., a minor) proceeds in this Social Security appeal represented by counsel. Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted a declaration regarding her financial circumstances. *Id*. The court finds that plaintiff's declaration satisfies the requirements of § 1915 and therefore grants the motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.
b. The court orders service of process on defendant:
   i. The clerk must issue summons.
   ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

1

      iii. Plaintiff must assist the marshal upon request.

      iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   April 10, 2020                          /s/ Jeremy Peterson
                                        UNITED STATES MAGISTRATE JUDGE

No. 205.