UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA BILLINGSLEY o/b/o K.B.,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI[1],<br>Commissioner of Social Security,<br><br>Defendant. | No.: 1:20-cv-00508-NONE-HBK<br><br><u>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)</u> |

On July 19, 2021, the parties filed a stipulation that this action be reversed and remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. (Doc. No. 19.) The parties agree that on remand, the Commissioner will reinstate and restore K.B. to active pay status for Title XVI Supplemental Security Income disability payments dating back to the date of termination that resulted from the Commissioner's 2015 continuing disability review (CDR). The Commissioner concedes that K.B. did not experience medical improvement as of the date of the ALJ's decision, September 30, 2019. Accordingly, the parties agree that K.B.'s disability continued during the time period

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

Stip. for Remand.; 1:20-cv-00508-NONE-HBK        1

that the ALJ considered, May 1, 2016 to September 30, 2019. (*See* Certified Administrative Record (AR) 25).

The parties do not stipulate, and the court makes no finding, as to whether K.B.'s disability continued past September 30, 2019. The Commissioner remains obligated to periodically review a claimant's continuing eligibility for payments based on disability. *See* 20 C.F.R. §§ 416.989, 416.994a. Further, plaintiff remains responsible under 20 C.F.R. § 416.988 to promptly inform the Commissioner of events that may change K.B.'s disability status. The Comparison Point Decision for the next continuing disability review will be the Form SSA-832-C3 "Cessation or Continuation of Disability or Blindness Determination and Transmittal" dated May 5, 2014 (AR 67 [Exhibit 3A]).

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Appeals Council for further proceedings consistent with the terms of the parties' stipulation. The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **July 20, 2021**

_____
UNITED STATES DISTRICT JUDGE